UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20045-CR-UNGARO

UNITED STATES OF AMERICA,

    vs.

JORGE AMAD,

    Defendant.
_____/

**NOTICE OF LIS PENDENS**

GRANTEES:   Jorge Amad & Monica G. Florio Amad

**TO:** ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereinunder.

NOTICE IS HEREBY GIVEN, pursuant to the provisions of F.S. § 48.23, as made applicable hereto by the provisions of 28 U.S.C. § 1964, that on January 29, 2015, the United States of America, filed an indictment in the United States District Court for the Southern District of Florida in the foregoing action.   Pursuant to 18 U.S.C. § 982, the United States of America may seek to forfeit the real property located at **2051 Renaissance Boulevard #305, Hollywood, FL 33028**, Broward County, Florida, and particularly described as:

> A Condominium Comprised of; Unit U05-305, EL-AD Enclave at Miramar, a Condominium (the "Condominium").   According to the Declaration of Condominium thereof ("Declaration"), recorded July 26, 2005 in Official Records Book 40158, Page 94, together with any all amendments thereto as recorded in the Public Records of Broward County, Florida, together with an undivided interest in the common elements appurtenant thereto.
>
> Property Tax Folio No. 5140 24 AB 1130

FURTHER NOTICE IS HEREBY GIVEN that pursuant to 21 U.S.C. § 853(k), no party claiming an interest in the described property may (1) intervene in the trial or appeal of the criminal case, or (2) commence an action at law or equity against the United States concerning the validity of an alleged interest in the property subsequent to the filing of an indictment, except as provided by the provisions of 21 U.S.C. § 853(n) following the entry of an order of forfeiture. Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   \s\Michelle B. Alvarez
    MICHELLE B. ALVAREZ
    Assistant United States Attorney
    Florida Bar No. 615617
    99 NE 4TH STREET
    Miami FL, 33132-2111
    TEL. (305) 961-9088
    FAX. (305) 536-7599
    EMAIL: Michelle.Alvarez@usdoj.gov