## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.  15-CR-20045-UNGARO/OTAZO-REYS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| JORGE AMAD, | ) |
| Defendant. | ) |

### MOTION IN LIMINE

COMES NOW the United States of America, by and through its undersigned attorneys, and hereby respectfully requests that the Court preclude admission at trial of the documents provided by the defendant in discovery for the reasons set forth below.

Om May 8, 2015, the government received the defendant's reciprocal discovery pursuant to Federal Rules of Criminal Procedure 16(b).  The materials received were all in the Spanish language and were provided without translations.  The government moves that such materials produced only in Spanish be precluded from admission at trial.

The government further requests that if the defendant provides English translations of the provided materials allowing the government to understand the content of the documents, the government retains the right to raise objections as to the admissibility of such materials based on their lack of relevance.

This, the 8th day of May, 2015.

Respectfully submitted,

WINFREDO A. FERRER
United States Attorney

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division
United States Department of Justice

By:   /s/                                            .
WILLIAM H. BOWNE
A5501472
william.bowne2@usdoj.gov
Trial Attorney
PATRICK M. DONLEY
A5501108
Senior Ligation Counsel
patrick.donley2@usdoj.gov
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Avenue, NW
Washington, D.C. 20005
(202) 514-0660

CERTIFICATE OF SERVICE

The undersigned certifies that on May 8, 2015, the foregoing Motion to Unseal was duly electronically served through the ECF system on the following attorneys of record:

Dennis G. Kainen at: dkainen@wkm-law.com

By:   /s/                              .
WILLIAM H. BOWNE